```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO: 20-22055-CIV-ALTONAGA/Goodman
```

Café La Trova, LLC,

    Plaintiff,

v.

Aspen Specialty Insurance Co.,

    Defendant.

_____/

**Mediator's Report**

Mediator, John S. Freud, serves this Mediator's Report, and states:

1. The noticed/specifically participating parties and/or their respective counsel/representative(s) (not otherwise excused by counsel), attended mediation on 10/12/2020.

2. The above matter adjourned.

3. All matters in mediation shall remain privileged and confidential, pursuant to the subject Mediation Confidentiality Agreement(if applicable) and/or Court Order(s), and applicable rule(s)/law.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 12th day of October, 2020, upon counsel/parties of record in the electronic filing system.

```
                         MEDIATION SOLUTIONS, INC.
                         P.O. Box 1986
                         Miami, FL 33233
                         Telephone: (305) 371-9120
                         Cell: (305) 725-0827
                         Jfreud@msolinc.net

                    By:  /s/ John S. Freud
                         JOHN S. FREUD - Mediator
                         FL BAR NO. 328308
```

10600-862 /jsf